THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIEU TRI NGUYEN, <br><br> Petitioner, <br><br> vs. <br><br> PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; CAMMILLA WAMSLEY, Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement, <br><br> Respondents. | No. CV25-2024-TL-MLP <br><br> ~~(PROPOSED)~~ ORDER REGARDING THIRD COUNTRY REMOVAL |

The Court has considered Hieu Tri Nguyen's stipulation regarding third county removal, and the records in this case.

For so long as this case remains pending, ICE ERO shall not remove Petitioner Hieu Tri Nguyen to any country other than Vietnam.

It is so ORDERED.

Dated this 29th day of October 2025.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

ORDER REGARDING THIRD COUNTY REMOVAL
(*Nguyen v. Bondi, et. al.*; CV25-2024-TL-MLP) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for Petitioner

s/ *Michelle Lambert*
Assistant United States Attorney
Attorney for Federal Respondents

ORDER REGARDING THIRD COUNTY REMOVAL
(*Nguyen v. Bondi, et. al.*; CV25-2024-TL-MLP) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**