THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIEU TRI NGUYEN,<br><br>    Petitioner,<br><br>    vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; CAMMILLA WAMSLEY, Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No. CV25-2024-TL-MLP<br><br>~~(PROPOSED)~~ ORDER TO EXPEDITE BRIEFING SCHEDULE |

ORDER TO EXPEDITE BRIEFING SCHEDULE
(*Nguyen v. Bondi, et. al.*; CV25-2024-TL-MLP) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the following briefing schedule shall be entered and shall replace the briefing schedule previously set forth at Dkt. #7:

Federal Respondents will file a response to the habeas petition no later than November 7, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

Petitioner will file a reply no later than November 14, 2025.

The Court will note the habeas petition for November 14, 2025.

Because this Court will address the expedited habeas petition, the Court terminates the referral to Magistrate Judge Michelle L. Peterson.

It is so ORDERED.

Dated this 29th day of October 2025.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for Petitioner

s/ *Michelle Lambert*
Assistant United States Attorney
Attorney for Federal Respondents

ORDER TO EXPEDITE BRIEFING SCHEDULE
(*Nguyen v. Bondi, et. al.*; CV25-2024-TL-MLP) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710