# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HIEU TRI NGUYEN,<br><br>                      Petitioner,<br><br>    v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>                      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02024-TL |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. No. 20.

    Dated December 10, 2025.

                                                Ravi Subramanian<br>
                                                Clerk of Court

                                                s/Kadya Peter<br>
                                                Deputy Clerk